# UNITED STATES DISTRICT COURT

## for the

## Western District of Wisconsin

FILED/REC'D

2026 ... 13 ... 1: 05

CLER... J. COURT
U.S. DISTRICT COURT
WD OF WI

Nicole Simons

V

**DOCKET NO.** 26-cv-333-wmc

Shantonu Basu, Logan Schiff

Enedina Pilar Sanchez, Kevin Mcclanahan

1. Defendants violated constitutional rights,

2. Plaintiff demands compensation of $100,000.

Plaintiff hereby declares under penalty of perjury that she is the plaintiff and has read the complaint and that the information contained in the complaint is true and correct.

Nicole Simons

3/24/26